JOSEPH SEEMAN et al., Appellants, *v.* LOUIS LEVINE et al., Respondents.

(Submitted June 29, 1912; decided October 8, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 205 N. Y. 514.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID A. SULLIVAN, Appellant.

*People* v. *Sullivan,* 150 App. Div. 911, appeal dismissed.
(Submitted September 30, 1912; decided October 8, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 19, 1912, which affirmed an order of Special Term denying a motion for change of venue.

The motion was made upon the ground of failure to file the return and serve copies of the printed case on appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted.